IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                             CR. NO.: 00CR00106-001(JAF)

WILFREDO RIVERA MARCANO
* * * * * * * * * * * * * * *

## ORDER FOR TOLLING OF SUPERVISED RELEASE
## AND WARRANT FOR ARREST

Upon petition of Jeffrey Semidey, U.S. Probation Officer of this Court, alleging that releasee, Wilfredo Rivera-Marcano, has failed to comply with his conditions of supervised release, it is

ORDERED that releasee appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Court orders the tolling of the Supervised Release Term imposed in this case. A copy of this order is to be provided to the pertinent parties.

The Court orders that a warrant be issued so that the offender may be brought before this Court to show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law. A copy of this order is to be provided to both the government and the defense counsel.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____ 2006

_____
JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE