AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA,                          **APPEARANCE**

            v.                          CRIMINAL NO. 00-106(JAF)

WILFREDO RIVERA-MARCANO

To the Clerk of this court and all parties of record:

        Enter my appearance as **counsel** in this case for the United States of America. Any other

prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

_____                    *S/Juan E. Milanes*
                                           *USDC No.*
                                           *Torre Chardon, Suite 1201*
                                           *350 Carlos Chardon Street*
                                           *San Juan, Puerto Rico 00918*
                                           *Tel: (787) 766-5656*
                                           *Fax: (787)766-6222*
                                           *Email: juan.milanes@usdoj.gov*

                                           *Dated: August 8, 2006*

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

At San Juan, Puerto Rico this 8th day of August, 2006

S/ *Juan E. Milanes*
Attorney for Plaintiff