IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILFREDO RIVERA MARCANO,<br>Defendant. | CRIMINAL NO. 00-106(JAF) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
AS THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of today, August 17, 2006, Aramis G. Rios is not the Assistant United States Attorney responsible for the prosecution of the above referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Assistant U.S. Attorney Aramis G. Rios as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 17 day of August, 2006.

H.S. GARCIA
United States Attorney


/S/ *Aramis G. Rios*
ARAMIS G. RIOS - USDC No.
Assistant U.S. Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398

Motion to Withdraw...
US v. WILFREDO RIVERA MARCANO
Criminal No. 00-106(JAF)
Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 17 day of August, 2006.

/S/ *Aramis G. Rios*
Assistant U. S. Attorney