UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**WILFREDO RIVERA-MARCANO**<br>Defendant. | **CRIMINAL NO. 00-106(JAF)** |

## UNITED STATES' MOTION TO WITHDRAW

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully informs the Court and parties as follows:

1. That as of September 6, 2007, SAUSA Maritza Maldonado is not the Special Assistant U.S. Attorney responsible for the prosecution of the above-referenced case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of SAUSA Maritza Maldonado as the attorney responsible of the prosecution in the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6 day of September, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*s/ Maritza Maldonado*
Maritza Maldonado - #215914
Special Assistant U.S. Attorney
Torre Chardón Bldg., Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656

**Motion to Withdraw as Counsel of Record**
US v. Wilfredo Rivera-Marcano
Criminal No. 00-106(JAF)
Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

    In San Juan, Puerto Rico, this 6 day of September, 2007.

    *s/ Maritza Maldonado*
    Maritza Maldonado - #215914
    Special Assistant U.S. Attorney