IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**WILFREDO RIVERA-MARCANO**

Defendant.

**CRIM NO. 00-106(JAF)**

### INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully informs the Court and parties as follows:

1. That the United States of America filed a motion requesting to withdraw as the attorney responsible for the prosecution in the instant case (Docket 73).

2. The United States respectfully requests that said motion be disregarded by this Honorable Court.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and DISREGARD the withdrawal of the undersigned attorney.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of September, 2007.

Rosa Emilia Rodriguez-Velez
United States Attorney

\s Maritza Maldonado
U.S.D.C. #215914
Special Assistant U.S. Attorney
Torre Chardon, Room 1201
350 Carlos Chardon Ave.

San Juan, PR 00918  
Tel. (787)766-5656  
E-mail: Maritza.Maldonado@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

In San Juan, Puerto Rico, this 20th day of September 2007.

s\Maritza Maldonado  
U.S.D.C. - 295914  
Special Assistant U.S. Attorney  
Torre Chardón, Room 1201  
350 Carlos Chardón Avenue  
San Juan, PR 00918  
Tel. (787) 766-5656  
e-mail: Maritza.Maldonado@usdoj.gov